UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CROMITIE,

                        Plaintiff,

-against-

FBI AGENT ROBERT FULLER, *et al.*,

                        Defendants.

20-CV-1367 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

      By order dated February 26, 2020, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fee. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      A copy of this order is to be mailed in chambers.

SO ORDERED.

Dated:   April 22, 2020
           New York, New York

                                                                   Louis L. Stanton
                                                                       U.S.D.J.