UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CROMITIE, <br><br>                    Plaintiff, <br><br> -against- <br><br> FBI AGENT ROBERT FULLER, *et al.*, <br><br>                    Defendants. | 20-CV-1367 (LLS) <br><br> CIVIL JUDGMENT |

    Pursuant to the order issued April 22, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    A copy of this judgment is to be mailed in chambers.

SO ORDERED.

Dated:   April 22, 2020
         New York, New York

                                                                     *Louis L. Stanton*
                                                                      Louis L. Stanton
                                                                          U.S.D.J.